JOSEPH P. RUSSONIELLO (SCBN 9990)
United States Attorney

FILED

2008 JUN 24  A 10: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL LARGENT,

    Defendant.

) VIOLATIONS: 18 U.S.C. § 1343 – Wire Fraud
)
) SAN JOSE VENUE
)

CR - 08  00409

JF
PVT

INFORMATION

The United States Attorney charges:

Introduction

1.    At all times relevant to this Indictment, Goolge, Inc. ("Google") offered an online payment processing service, known as Google Checkout. Merchants may use a Google Checkout account to make sales to participating users.

2.    The Google Checkout Terms of Services defines a "Seller" as "A customer who uses the Service to process Payment Transactions from Buyers."

3.    Section 2.2 of the Google Checkout Terms of Service for merchants states:

Seller may only use the Service to process a Payment Transaction for a Product that is purchased by a Buyer through a legitimate, bona fide sale of the Product. A Payment Transaction may not be submitted for capture through the Service until

INFORMATION
U.S. v. LARGENT

Seller has satisfied the requirements for charging and shipping as described in the Program Policies. The Service may not be sued to process a Payment Transaction for Seller, or otherwise transfer money between a Buyer and Seller, that does not directly result from a Buyer's purchase of a Product.

4. Section 3.2 of the Google Checkout Terms of Service for merchants also states:

Seller agrees to provide current, complete and accurate information for the Service and to maintain and promptly update the information.

5. When merchants establish a Google Checkout account, they are required to input a bank account or stored value card which will be used by the Checkout Service. Google deposits a challenge deposit into each account to verify the existence of this account or card. The challenge deposit is between $0.01 and $0.99.

## Scheme or Artifice to Defraud

6. Beginning in and about May 2007 and continuing until in and about May 2008, in the Northern District of California and elsewhere, the defendant, Michael Largent, did knowingly, and with the intent to defraud, devise a scheme and artifice to defraud Google as to a material matter, and to obtain money by means of materially false and fraudulent pretenses, representations, promises, and omissions.

7. The gist of the scheme and artifice to defraud was that the defendant opened thousands of Google Checkout accounts with fictitious and inaccurate information. With each account, defendant represented that he was a merchant opening the account to transact business with the account, knowing that such representation was false. In truth and in fact, defendant had no intention of using the Google Checkout accounts to transact any business and did not transact any business with these accounts.

8. As part of his scheme and artifice to defraud, defendant opened multiple bank accounts and stored value cards in his name and his wife's name. Google would and did deposit challenge deposits into these accounts and cards.

9. On or about February 18, 2008, in the Northern District of California, and elsewhere, the defendant,

MICHAEL LARGENT,

for purposes of executing the scheme and artifice to defraud, did knowingly transmit and cause to

INFORMATION
U.S. v. LARGENT

be transmitted by means of wire communications in interstate commerce certain writings, signs, signals, and pictures, to wit, a wire transfer of funds from Google, California, to Metabank, South Dakota.

All in violation of Title 18, United States Code, Section 1343.

Dated: 6/20/08

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: _____ )
AUSA HANLEY CHEW

INFORMATION
U.S. v. LARGENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

*Name of District Court, and/or Judge/Magistrate Location*
NORTHERN DISTRICT OF CALIFORNIA

**CR - 08 - 00409**

### OFFENSE CHARGED
18 U.S.C. 1343 - Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**FILED**
2008 JUN 24 ⌐ 10:45
RICHARD W. WIEKING
JF

E-FILING

**PENALTY:**
20 years term of imprisonment
$250,000 fine
3 year period of supervised release
$100 mandatory special assessment

### DEFENDANT - U.S.
▶ Michael Largent

DISTRICT COURT NUMBER

PVT

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
FBI Special Agent Christopher Calderon

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  } SHOW DOCKET NO.
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶  } MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on THIS FORM    Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Hanley Chew

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: